[Nos. 21163-1-III; 21164-9-III;   Division Three.   November 13, 2003.]
21178-9-III.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD THERON
TILLETT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD SHAWN
GILBRECH, *Appellant*.

Appeals from judgments of the Superior Court for Spo-
kane County, Nos. 01-1-03115-6, 01-1-02628-4 and 01-1-
-02347-1, James M. Murphy, J., entered May 28, 2002.
*Affirmed* by unpublished opinion per Kurtz, J., concurred in
by Brown, C.J., and Sweeney, J.

[No. 21438-9-III.   Division Three.   November 13, 2003.]

OMAR GARZA, *Respondent*, v. TRUCK INSURANCE EXCHANGE,
*Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 01-2-00936-9, Kenneth L. Jorgensen, J., en-
tered September 9, 2002. *Affirmed* by unpublished opinion
per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21460-5-III.   Division Three.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE GROSS,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 01-1-01212-7, Ellen K. Clark, J., entered
September 30, 2002. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 28346-8-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WEI TANG CHEN,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-1-00103-7, Karen L. Strombom, J., entered
January 11, 2002. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan and Bridgewater, JJ.